Mario Suchil
(Name)
Cal. Correctional Institution
(Address)
P.O. Box 608 Level 2#dorm3 bed300
Tehachapi, cal 93581.
(City, State, Zip)
F 96910
(CDC Inmate No.)

2254 ___ 1983 ✓
**FILING FEE PAID**
Yes ___ No ✓
**IFP MOTION FILED**
Yes ___ No ✓
**COPIES SENT TO**
Court ✓ ProSe ___

**FILED**
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

Mario Suchil
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

detectives department in L.A.P.D
Los Angeles Court criminal
Sheriff's department in L.A. man County Jail
o.s.J department in L.A man County Jail
(Enter full name of each defendant in this action.)

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 1091 JAH CAB

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

---

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.

mailing address in Chihuahua Mexico.
①calle22#772Colonia San antonio MeoQui Chihuahua Mexico 33130
**B. Parties**

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Mario Suchil
(print Plaintiff's name)
Mario Suchil _____, who presently resides at 227 W 45 st
(mailing address or place of confinement)
Los Angeles california 90037 _____, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Way Side
an L.A man County Jail Facilities on (dates) 6-07-07, 6-08-07, and 7-20-07
(institution/place where violation occurred)        (Count 1)      (Count 2)      (Count 3)
an 8-11-07
count 4

§ 1983 SD Form
(Rev. 4/06)          ③

2. Defendants:

Defendants: new tonw station: resides in Central an Luter King
and is employed as a L.A.P.D. detectives department: this defendant is
sued in: his/her ☒ individual ☒ official capacity:
Explain how this defendant was acting under color of Law:
Stats. 1990, C.1353. (A.B.295), 1.
Operative in July 1, 1991:

3. Defendants: the Judge's resides in temple an broadway:
and is employed as a the court criminal in L.A.
this defendant is sued in his/her ☒ individual ☒ official capacity
Explain how this defendant was acting under color of Law:
added by stats. 1941. C.106, P.1120.15.
(Amendded by stats. 1968. C. 936, P.1787, 1:
stats. 1978. C 837, P. 2640, 1, eff. sept. 18, 1978;
statas. 1982, c 919, P. 3359. 1; stats. 1985

4. Defendants: Sheriff Lee Baca Los Angeles County Sheriff:
resides in L.A. County.
and is employed as a L.A. man County Jail. this defendant is
sued in. his/her ☒ individual ☒ official capacity.
Explain how this defendant was acting under color of Law:
(Added by stats. 1941. C.106. P.1120. §15.

④

Defendants: Operation Safety Jail: resides in L.A. County Jail.
and is employed as a L.A. man County Jail:
this defendant is sued in his/her ☒ individual ☒ Official capacity.
Explain how this defendant was acting Under Color of Law:
(added by stats. 1941, c. 106, p. 1122 §15.

Plaintiff: the had the board of Supervisors in
L.A. County. on this matter.

(Added by Stats. 1997, c. 468 (A.B. 500), §. 1.)

④

C. causes of Action:

Count 1: the following civil right has been violated:
by detectives department in new ton station in L.A.P.D.
(E.g., right to medical care, access to Courts,

Failed to Put me in Protective From march to august in 2007
due Process, free speech, freedom of religion, freedom of association, freedom from cruel
and unusual punishment, etc.)

Supporting Facts: an Feb. 18-2007 I was victim and witness for a
Carjacking from mafia gang member in L.A. County, an I felt force
to testify by the detectives from new ton station in L.A.P.D.
whent I was in Criminal Court about the Carjacking
gang member and they made a Promise to me an my wife to
Protect us but the detectives failed to do that.

I was arrested in march 18-2007 about the Suppose charge 245 P.C.
I'am was concern to be in Main Line in L.A. man County Jail.
so my wife call to detectives in new ton station
L.A.P.D. to remind the Promise they made to me before
I come to L.A. county Jail. so no matter what my
wife said to detectives still no believe I need
safekeeping in L.A. County Jail. but never receive from
detectives that Promise to me. so the detectives
are responsible for supporting threat's beating's an
other attempt's an Hand's the Prisoner's gang's member
in L.A. County Jail. so for all suffering I had emotional
mental an Physical I'am still in recovery.

Mario Suchil

## C. Causes of Action

Count 2: the following civil right has been violated:
by the Judge's in Court Criminal L.A. failed to
(E.g. right to medical care, access to courts,

Put me in Protective Custody from march to august in 2007.
due process, free speech, freedom of religion, freedom of association, freedom from cruel
and unusual punishment, etc.

Supporting facts: an the month of march 2007 I was in L.A. Criminal court
for the suppose charge of 245 P.C, an the Judge of the Criminal court
failed to refer me to L.A. County Jail to put me in 48 hours of
initial order in Protective Custody, because by me not being in there
I had 1 threat in way side facilitie an 2 beating in L.A. County Jail
an other intent's.

an the month of July I appeared in Criminal Court 2007 all heat up
an my attorney told to the Judge about that in criminal Court.
so they responsible because still continuously supporting
threat's from the Prisoner's gang's member's in L.A. County Jail.
so for all I had suffer. Physical an emotional mental damage's
an I'am still in recovery.

Mario Suchil

C. causes of Action

Count 3: the following civil right has been violated:
by the Sheriff's in L.A. County Jail Failed
(E.g., right to medical care, access to court,

to Put me in Protective Custody From march to august in 2007
dou Process, free speech, freedom of religion, freedom or association, freedom from, cruel and unusual Punishment. etc.)

Supporting facts: when I enter in L.A. County Jail. on
the clerk in County Jail. failed to certify me and to
Designate me to Safe Keeping.

why For 6 month's County Jail Put my Life in Jeopardy. by not Puting
me in Protective Custody. an June 07-07 when I was in Way Side
facility Jail. at about 10:am a female came to visit me. an she
had a message From Israel well actualy a threat. she told me
about if I continue testify against to Israel an 211 P.C.
I was going to sufer great body injuries (beaten to death)
an I inmediatly told to the dePuty in charge in Visiting room
about the threat I had. he told me that Person that could HelP me
with gang related issues was deputy Zalasar, and I was sent back
to my dorm 612. I also explain the situation in charge an my dorm an
I told to dePuty I feaved For my Life. and also I Left a writen rePort
the dePuty made For me to give to dePuty Zalasar Asking For
help but next day I was tranfer to County Jail in L.A. an when
I ather I got the First beaten. an ather beaten in July
an other attemPt's For by expose in main Line but all times I avise
to dePuty's. an after 3 month's the dePuty Zalasar call to
L.A. County Jail an the recommende me. to see a O-S-J in
L.A. County Jail. an For that times I had suffer Physical an
emotional an mental damages an I'am still in recovery.

Mario Suchil

c. Causes of Action

Count 4: the following civil right has been violated:
by deparment the D-S-J in L.A. County Jail.
(E.g., right to medical care, access, to courts,)

the D-S-J. failed to put me in Protective Custody from march to august on 2007.
Due Process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment. etc.)

Supporting facts: why the D-S-J is responsible about me because when I got beat up I was in Court Line in July 20-2007. the deputies in L.A. County Jail. the sent me to 3300 floor belonging to D-S-J. in L.A. County Jail:

the deputies moved me to main Line when I got beat up and threat's an intent's from the Prisoner's gang's member an that is the reason I got sent me back again to the floor 4000 in main Line:

and when I was in the floor 4000. the deputy Zalasar call an I talk with Him I seid why after 3 month's you put me expose in danger my life. so the recommend to see a D-S-J in L.A. County Jail. but when I got there the official's from D-S-J. the laugh about what I seid an I felt degraded an my right's, because they let me go to main Line when I had suffering an my. and while the official's from D-S-J. call me again. so when I was there in D-S-J. I see on detective spanish so I explain about my situation in way side an L.A. County Jail facility an the immediately moved me to Protective Custody in the floor 2300. and while I was there the official's still tried an twice to put me back to main Line. an afte while I was sentence an I was tranferred to reception in Lancaster, on 12-11-04 and one month in 1-18-05 I receipt a a letter from L.A. County Jail. from D-S-J. I qualified to be in Sin:y. an for all I'am still in recovery:          Mario Suchil

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____ none _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised: _____

_____ none _____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____ none _____

_____

_____

_____

§ 1983 SD Form
(Rev. 4/06)

⑧

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): by Sheriff's Department in L.A. Jail County man . an Detectives Department. L.A. P.D. Department of O-S-J in L.A. County Jail man's. Criminal court in L.A. County.

2. Damages in the sum of $ one Million an a half dollars.

3. Punitive damages in the sum of $ three Million dollar's.

4. Other: one million dollar's. For Putting my Family in danger.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

5-22-08
Date

Mario Suchil
Signature of Plaintiff

he joint
y Stats.
592, p.
640, p.

:e Penal

:e Penal

titutions

!1, 4110.
uest for

ions for

Sexually

. taken
lerk or
jail, to
receipt
lded by

:q.

iction;
ransfer

ion, or
ined in
mitted
der or
ng the
ch said
cause
m the
re is a
risoner
court
order,
soners
of the

due to
tted to
cilities
section
ded by
7, § 1;
33, eff.

anicipal
ion 691

Refusal to receive person accused of crime, penalty, see Penal Code § 142.

### Research References

3 Witkin Cal. Crim. L. 3d Punishment § 16, Nature of Confinement.
3 Witkin Cal. Crim. L. 3d Punishment § 19, (S 19) Temporary Release.

### § 4004.5. City facilities; prisoners held for examination or during trial; prisoners transferred from county jails due to crowded conditions

(a) A city may furnish facilities to be used for holding prisoners held for examination or during trial without cost to the county or upon such terms as may be agreed upon by the governing body of the city and the board of supervisors, and the marshal may keep the prisoners in their custody in the city jail.

(b) A city may furnish facilities to be used for holding persons convicted of a public offense who have been transferred from the county jail by the sheriff due to crowded conditions upon those terms as may be agreed upon by the governing body of the city and the board of supervisors. The agreed terms may indicate that the facilities are to be provided free of charge to the county. (Added by Stats.1953, c. 1762, p. 3520, § 1. Amended by Stats.1984, c. 388, § 2; Stats.1996, c. 872 (A.B.3472), § 123.)

### Cross References

County jail confinement as authorizing city jail confinement in certain cases, see Penal Code § 4022.

### § 4005. Prisoners of United States

(a) Except as provided in subdivision (b), the sheriff shall receive, and keep in the county jail, any prisoner committed thereto by process or order issued under the authority of the United States, until he or she is discharged according to law, as if he or she had been committed under process issued under the authority of this state; provision being made by the United States for the support of the prisoner.

(b) The sheriff shall receive, and keep in the county jail, any prisoner committed thereto by process or order issued under the authority of the United States, until he or she is discharged according to law, as if he or she had been committed under process issued under the authority of this state, but only if the sheriff determines that adequate space in appropriate detention areas currently exists for this purpose. Provision shall be made by the United States for the support of the prisoner. This subdivision shall apply only in counties where a facility operated by the United States Bureau of Prisons exists within 200 miles of the county seat. (Added by Stats.1941, c. 106, p. 1120; § 15. Amended by Stats.1980, c. 47, § 1; Stats.1982, c. 2, § 1, eff. Jan. 20, 1982; Stats.1986, c. 523, § 1, eff. July 24, 1986.)

### Cross References

Jails, purposes, see Penal Code § 4000.
Receipt of persons committed, see Penal Code §§ 4015, 4016.
Refusal by sheriff to accept prisoner, punishment for, see Penal Code § 142.

### Research References

3 Witkin Cal. Crim. L. 3d Punishment § 16, Nature of Confinement.

### § 4006. Prisoners of United States; safekeeping

A sheriff, to whose custody a prisoner is committed as provided in the last section, is answerable for his safekeeping in the courts of the United States, according to the laws thereof. (Added by Stats.1941, c. 106, p. 1120, § 15.)

### Cross References

Escapes,
    Generally, see Penal Code § 4530 et.seq.
    Hospitalized misdemeanant, see Penal Code § 4011.7.
Jails, purposes, see Penal Code § 4000.

### Research References

3 Witkin Cal. Crim. L. 3d Punishment § 16, Nature of Confinement.

### § 4006.5. County or city contracts with federal government for operation of federal prisons

(a) Notwithstanding any other provision of law, a county board of supervisors or city council may enter into a contract with the federal government, or any department or agency thereof, to manage, control, and operate a federal prison located within the boundaries of that county or city.

(b) If a city or county enters into a contract pursuant to subdivision (a), the sheriff or chief of police, as appropriate, shall have sole and exclusive authority to keep the prison and the prisoners in it.

(c) If a city or county enters into a contract pursuant to subdivision (a), the employees working in the prison shall be employees of, and under the authority of, the sheriff or chief of police, as appropriate. (Added by Stats.1997, c. 468 (A.B.500), § 1.)

### Research References

3 Witkin Cal. Crim. L. 3d Punishment § 16, Nature of Confinement.

### § 4007. Use of jail in contiguous county; transfer of prisoner to state prison; grounds; notification of director of corrections; hearing; order

When there is no jail in the county, or when the jail becomes unfit or unsafe for the confinement of prisoners, the judge of the superior court may, by a written order filed with the clerk of the court, designate the jail of a contiguous county for the confinement of any prisoner of his or her county, and may at any time modify or vacate the order.

When there are reasonable grounds to believe that a prisoner may be forcibly removed from a county jail, the sheriff may remove the prisoner to any California state prison for safekeeping and it is the duty of the warden of the prison to accept and detain the prisoner in his or her custody until his or her removal is ordered by the superior court of the county from which he or she was delivered. Immediately upon receiving the prisoner the warden shall advise the Director of Corrections of that fact in writing.

When a county prisoner requires medical treatment necessitating hospitalization which cannot be provided at the county jail or county hospital because of lack of adequate detention facilities, and when the prisoner also presents a serious custodial problem because of his or her past or present behavior, the judge of the superior court may, on the request of the county sheriff and with the consent of the Director of Corrections, designate by written order the nearest state prison or correctional facility which would be able to provide the necessary medical treatment and secure confinement of the prisoner. The written order of the judge shall be filed with the clerk of the court. The court shall immediately calendar the matter for a hearing to determine whether the order shall continue or be rescinded. The hearing shall be held within 48 hours of the initial order or the next judicial day, whichever occurs later. The prisoner shall not be transferred to the state prison or correctional facility prior to the hearing, except upon a determination by the physician responsible for the prisoner's health care that a medical emergency exists which requires the transfer of the prisoner to the state prison or correctional facility prior to the hearing. The prisoner shall be entitled to be present at the hearing and to be represented by counsel. The prisoner may waive his or her right to this hearing in writing at any time. If the prisoner waives his or her right to the hearing, the county sheriff shall notify the prisoner's attorney of the transfer within 48 hours, or the next business day, whichever is later. The court may modify or vacate the order at any time.

The rate of compensation for the prisoner's medical treatment and confinement within a California state prison or correctional facility shall be established by the Department of Corrections, and shall be charged against the county making the request.

Penal

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age.a resident of the State of California and a party/not a party (mark one out) to the within cause of action. That on this date I did cause a true and correct copy of Civil Rights Complaints Under 42 U.S.C. §1983 to be served on the parties to the action by:

X      depositing same in the U.S Mail with first class
       postage prepaid and addressed as follows:

_____ delivering same in person to the address as follows
       and placing into the cotrol of the below listed
       party or their representative;

Clerk of U.S. District Court, Room 4290

880 Front Street

San Diego, CA 92101-8900

EXECUTED THIS 16 DAY OF June , 200 8 ,UNDER PENALTY OF PERJURY IN Bakersfield , CALIFORNIA.

Mario Subia

Declarant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS

**Mario Suchil**

**Detectives Dept in LAPD, et al**

FILING FEE PAID  2254  1983
Yes    No
IFP MOTION FILED
Yes    No
COPIES SENT TO
Court    Judge

FILED
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED    Kern
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Mario Suchil**
**PO Box 608**
**Tehachapi, CA 93581**
**F-96910**

ATTORNEYS (IF KNOWN)

**'08 CV 1091 JAH CAB**

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)         FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in
Item III

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 42 U.S.C. 1983

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT:   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23     DEMAND $     Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE     Docket Number

DATE   6/19/2008     SIGNATURE OF ATTORNEY OF RECORD