PRISON NO. F96910

1  UNIT II
2  CALIFORNIA CORRECTIONAL INSTITUTION
   P.O. BOX 608 STATE PRISON
3  TEHACHAPI, CA. 93581

4  IN PRO SE



FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

PLAINTIFF, APPELLE.

v.

DEFENDANT(S)

CASE NO. '08 CV 1091 JAH CAB

MOTION FOR APPOINTMENT OF
COUNSEL ON CIVIL SUIT.

U.S.C. 1983

Comes now the Plaintiff, Appelle, Mario Suchil, in pro se, and pursuant to such laws made and provided, files this, his motion for Appointment of Counsel on Appeal, and states: In support of this motion the Plaintiff, Appelle, does declare that he is indigent and has no visable means of retaining counsel on appeal. Points and authorities: Douglas vs. California (1963) 171 U.S. 353, 9 L. ED, 2d 811; 83 S. CT. 814.

Wherefore: Based on the foregoing facts and circumstances, the Plaintiff, Appelle, seeks of this Court the granting of his Motion for Appointment of Counsel on Appeal.

I declare under penalty of perjury that the following is true and correct.

Date this June of thursday 19, 2008.

Mario Suchil
Plaintiff, Appelle.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 3-95)
OSP 98 10924

①